IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| NANCY MACDONALD, o/b/o <br> CARL THIEBAUD, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Case No. 08-64-KI |
| vs. | ) <br> ) | JUDGMENT |
| MICHAEL J. ASTRUE, <br> Commissioner of Social Security, | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

David B. Lowry
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon  97223

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

David R. Johnson
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this   5th   day of December, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge